# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. GALLEGOS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LELAND MCEWEN, Warden,<br><br>　　　　　Respondent. | NO. CV 11–5195 GW (FMO)<br><br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 11, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE